IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**CLAYTON JOHNSON**                                                                                **PLAINTIFF**

v.                              Case No. 4:15-cv-00350-KGB

**CITY OF LITTLE ROCK, ARKANSAS**                                                  **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed. Mr. Johnson's claims under the United States Constitution are dismissed with prejudice. To the extent Mr. Johnson has any remaining claims under Arkansas law, they are dismissed without prejudice.

So adjudged this the 23rd day of February, 2016.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge